THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD
HILLS, N. Y., Appellant.— Order sustaining writ of habeas corpus and discharging
relator affirmed. The sentence was void. (*People ex rel. Johnson* v. *Webster*,
92 Hun, 378.) This appeal having been disposed of, the motion to dismiss the
appeal is dismissed. Young, Kapper, Lazansky, Hagarty and Carswell, JJ.,
concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA SMITH, Respondent, v.
THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD
HILLS, N. Y., Appellant.— Order sustaining writ of habeas corpus and discharging
relator affirmed. The sentence was void (*People ex rel. Johnson* v. *Webster*, 92
Hun, 378.) This appeal having been disposed of, the motion to dismiss the appeal
is dismissed. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

CARMINE RADICONE, Respondent, v. CESARE SABELLI, and Others, Appellants,
and Others, Defendants.— On the appeal of defendant William Voxman, order
denying his motion to dismiss the complaint for insufficiency reversed upon the
law, with ten dollars costs and disbursements, and motion granted, with ten dollars
costs, upon the ground that as to him no cause of action is stated. On the appeal
of defendants Sabelli and D'Onofrio, order denying motion to dismiss the com-
plaint for insufficiency, or to strike out therefrom certain parts or portions as con-
clusions of law and evidentiary, affirmed, with ten dollars costs and disbursements.
Motion of defendants, appellants, Sabelli and D'Onofrio for ten days' time in which
to answer after the determination of the appeal, granted. Young, Rich, Kapper,
Lazansky and Hagarty, JJ., concur.

ALBERT G. RANDALL, Appellant, v. LOUISE RANDALL, Respondent.— Order
granting motion for alimony and counsel fee affirmed, with ten dollars costs and
disbursements. No opinion. In view of this decision, the motion to preclude
respondent's counsel from asserting certain alleged matters of fact in his brief is
denied. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

SAM ROGERS, Respondent, v. CRITERION CONSTRUCTION COMPANY, Appellant.
— Order setting aside verdict in favor of defendant unanimously affirmed, with
costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

MARY RUCK, as Executrix, etc., of GEORGE RUCK, Deceased, Respondent, v.
LINDLEY M. GARRISON, as Receiver of THE CONEY ISLAND AND BROOKLYN
RAILROAD COMPANY, Defendant. THE CONEY ISLAND AND BROOKLYN RAILROAD
COMPANY, Appellant.— Owing to the death of the late Presiding Justice Kelly,
a reargument is ordered and the case set down for Wednesday, November 9, 1927.
Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

CHARLES SCHAEFER, JR., LOUISE SCHAEFER and FRED W. SCHAEFER, as Execu-
tors, etc., of CHARLES SCHAEFER, Deceased, etc., Respondents, v. BELARMINA
ALVAREZ, BELARMINA ALVAREZ, JR., and RODOLFO RODRIGUEZ, Copartners, etc.,
Appellants.— The parties having stipulated in writing that this case may be
decided by a court of four justices, the decision is as follows: Judgment affirmed,
with costs. No opinion. Young, Rich and Kapper, JJ., concur; Lazansky, J.,
dissents, upon the ground that defendants may not be held liable on a sale, the
basis of plaintiffs' recovery, no note or memorandum of which was signed by
defendants.

CELIA SCHATTNER, Respondent, v. ABRAHAM L. SCHATTNER, Appellant.—
Order modified by striking out the provision for $250 counsel fee, and as so modified